MARC GORDON (DC Bar No. 430168)
marc.gordon@usdoj.gov
(202) 305-0291
(202) 353-7763 (fax)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044-7611

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. EDCV 16-1957 GW (KKx) |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| 160.00 ACRES OF LAND, MORE ) | |
| OR LESS, SITUATE IN SAN ) | |
| BERNARDINO COUNTY, STATE ) | |
| OF CALIFORNIA; JACQUELINE ) | |
| PHI; UNKNOWN OWNERS; ) | |
| STATE OF CALIFORNIA; AND ) | Trial: November 9, 2017 |
| SAN BERNARDINO COUNTY ) | Time: 8:30 a.m. |
| TAX COLLECTOR, et al., ) | |
| ) | The Honorable George H. Wu |
| Defendants. ) | |

Trial by narrative statement pursuant to Local Rule 43-1 commenced on

November 9, 2017 at 8:30 a.m. Plaintiff, United States submitted its Trial Brief

and the Declaration of Robert W. Colangelo, and appeared by Trial Attorney Marc

1

Gordon. No answer or appearance was made by any named defendant. Having reviewed the pleadings and papers filed herein, and argument of counsel having been heard, the Court made Findings of Fact and Conclusions of Law pursuant to Fed. R. Civ. P. 52.

Based on the foregoing, it is ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff, the United States of America, is vested with title as follows:

> fee simple title to the land, subject however, to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding from the taking all interests in oil, gas, oil shale, coal, phosphate, sodium, gold, silver and all other mineral deposits, all appurtenant rights for the exploration, development and removal of said minerals, and the right of the people to fish as reserved in the patent from the State of California;

to the property legally described as follows ("Subject Property"):

Parcel A:

The North Half of the Northwest Quarter of Section 36, Township 14 North, Range 1 East, San Bernardino Base and Meridian, In the County of San Bernardino, State of California, according to the Official Plat of Said Land, approved by the Surveyor General dated November 10, 1856.

This Tract No. 835 is also known as Assessor's Parcel Number 0519-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, containing 80.00 acres, more or less.
The Southeast ¼ of Section 16, Township 31 South, Range 46 East, Mount Diablo Base and Meridian, County of San Bernardino, State of California, according to the Official Plat thereof.

Excepting All Oil, Gas, Oil Shale, Coal, Phosphate, Sodium Gold, Silver and All Other Mineral Deposits contained in said lands and further reserving to the State of California and Persons authorized by the State the Right to Drill for and Extract Such Deposits of Oil and Gas, Or Gas and To Prospect for, Mine and remove such deposits of other minerals from said land and to occupy and use so much of the surface of said Lands as may be required. Therefore upon compliance with the conditions and subject to the provisions and limitations of Chapter 5, Part I, Division 6 of The Public Resources Code and further reserving in the People the Absolute right to fish thereupon as provided by Section 25 of Article I of the Constitution of the State of California, as reserved by the State of California by Deed recorded September 21, 1959 in Book 4934 Page 158, Official Records;

And Parcel B:

The South Half of the Northwest Quarter of Section 36, Township 14 North, Range 1 East, San Bernardino Base and Meridian, In the County of San Bernardino, State of California, according to the Official Plat of Said Land, approved by the Surveyor General dated November 10, 1856.

This Tract No. 835 is also known as Assessor's Parcel Number 0519-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, containing 80.00 acres, more or less.
The Southeast ¼ of Section 16, Township 31 South, Range 46 East, Mount Diablo Base and Meridian, County of San Bernardino, State of California, according to the Official Plat thereof.

Excepting All Oil, Gas, Oil Shale, Coal, Phosphate, Sodium Gold, Silver and All Other Mineral Deposits contained in said lands and further reserving to the State of California and Persons authorized by the State the Right to Drill for and Extract Such Deposits of Oil and Gas, Or Gas and To Prospect for, Mine and remove such deposits of other minerals from said land and to occupy and use so much of the surface of said

Lands as may be required. Therefore upon compliance with the conditions and subject to the provisions and limitations of Chapter 5, Part I, Division 6 of The Public Resources Code and further reserving in the People the Absolute right to fish thereupon as provided by Section 25 of Article I of the Constitution of the State of California, as reserved by the State of California by Deed recorded September 21, 1959 in Book 4934 Page 158, Official Records;

2. The just compensation for the taking of the Subject Property is the sum of $160,000.00;

3. Prior to this action the Subject Property was owned by Jacqueline Phi, subject to the outstanding deeds of trust on record.

4. Upon a showing the deeds of trust have been satisfied, the Clerk of the Court shall pay the deposited funds ($160,000.00), plus any interest accrued thereon while within the Registry of the Court, less any authorized fees or costs, to:

> Jacqueline Phi
> 1643 W. Cerritos Ave.
> Anaheim, CA 92802-2127

5. The Clerk of the Court is ordered to retain the deposited funds for five years following entry of judgment and provide that Jacqueline Phi may submit claims to the Court, and upon full proof of the right thereto, obtain an order directing payment of the funds the Court has found them entitled to. Further, pursuant to 28 U.S.C. § 2042, the judgment will direct the Clerk to thereafter deposit those funds into the Treasury in the name and to the credit of the United

States and provide that thereafter any claimant entitled to any such money may, on petition to the court and upon notice to the United States Attorney and full proof of the right thereto, obtain an order directing payment.

DATED: November 9, 2017

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

Respectfully submitted,

/s/_____
MARC GORDON (DC Bar No. 430168)
marc.gordon@usdoj.gov
(202) 305-0291
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044-7611

Attorney for Plaintiff